Decided October 26, 1988

STEVE DAY ET AL. *v.* GENERAL ELECTRIC CREDIT CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 677, is denied.

*Edward Maum Sheehy* and *Ronald D. Williams,* in support of the petition.

*John S. McGeeney* and *Lawrence W. Kanaga,* in opposition.

Decided October 26, 1988